NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNILOC USA, INC., UNILOC LUXEMBOURG S.A.,**
*Plaintiffs-Appellants*

**v.**

**PICIS, INC., QUADRAMED CORPORATION, N. HARRIS COMPUTER CORP., OPTUMINSIGHT, INC., NETSMART TECHNOLOGIES, INC.,**
*Defendants-Appellees*

**PRACTICE FUSION, INC.,**
*Defendant*

---

2017-2171

---

Appeal from the United States District Court for the Eastern District of Texas in Nos. 6:16-cv-00463-RWS, 6:16-cv-00465-RWS, 6:16-cv-00466-RWS, 6:16-cv-00467-RWS, 6:16-cv-00468-RWS, 6:16-cv-00470-RWS, 6:16-cv-00471-RWS, 6:16-cv-00472-RWS, Judge Robert Schroeder, III.

---

## JUDGMENT

---

BRETT MANGRUM, Etheridge Law Group, Southlake, TX, argued for plaintiffs-appellants. Also represented by RYAN S. LOVELESS, JAMES ETHERIDGE.

HARNAIK S. KAHLON, Riley Safer Holmes & Cancila, Chicago, IL, argued for all defendants-appellees. Defendant-appellee Netsmart Technologies, Inc. also represented by ASHLEY TAYLOR CORBITT.

MICHAEL A. ALBERT, Wolf, Greenfield & Sacks, PC, Boston, MA, for defendants-appellees Picis, Inc., Quadra-Med Corporation, N. Harris Computer Corp. Also represented by HUNTER D. KEETON, MARIE MCKIERNAN, AUSTIN STEELMAN.

PETER J. CHASSMAN, Reed Smith, Houston, TX, for defendant-appellee OptumInsight, Inc.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| | |
|---|---|
| February 8, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |